## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

PAULENE SIMMONS,

     Plaintiff,

and,

                                                 Case No.: 2:21-cv-01444

BLUE CROSS BLUE SHIELD OF
WISCONSIN  D/B/A ANTHEM
BLUE CROSS BLUE SHIELD,

     Involuntary Plaintiffs,

v.

WALMART, INC. and
WAL-MART STORES EAST I, LIMITED PARTNERSHIP
(REGD NAME) WAL-MART STORES EAST, LP (PART NAME),

     Defendants.

---

### JOINT STIPULATED DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that this action may be dismissed in its entirety, on the merits, with prejudice, and without costs or further notice to any party.

Dated this 28th day of December, 2022.

SCHOONE, LEUCK, KELLY, PITTS &
KNURR, S.C.
Attorneys for Plaintiff, Paulene Simmons

By: */ s/ Electronically signed by Mark J. Leuck*
Mark J. Leuck
6800 Washington Avenue
PO Box 085600
Racine, WI 53408-5600
Telephone: (262) 886-8240
Facsimile: (262) 886-5562
mjleuck@sbcglobal.net

Dated this 28th day of December, 2022.

WALCHESKE & LUZI, LLC
Attorneys for Involuntary Plaintiff Anthem BCBS

By: */s/ Electronically signed by* Matthew R. Falk
Matthew R. Falk
235 Executive Dr., Ste. 240
Brookfield, WI 53005
Telephone: (414) 316-2120
Facsimile: (414) 316-2137
mfalk@falklegal.com

Dated this 28th day of December, 2022.

MWH LAW GROUP, LLP
Attorneys for Defendants, Walmart, Inc. and Wal-
Mart Stores East I, Limited Partnership (Regd Name)
and Wal-Mart Stores East, LP (Part Name)

By: */s/ Electronically signed by* Lynette K. Fons
Carlos R. Pastrana      SBN 1088286
Lynette K. Fons         SBN 1105232
Mercedes de la Rosa   SBN 1107949
735 N. Water Street, Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
carlos.pastrana@mwhlawgroup.com
lynette.fons@mwhlawgroup.com
Mercedes.delarosa@mwhlawgroup.com

2